IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAM AMENTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROMEO'S PIZZA, INC.<br><br>　　　　Defendant. | Case No. 8:11-cv-00227-JFB-TDT<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This matter comes before the Court on Plaintiff Sam Amenta and Defendant Romeo's Pizza, Inc.'s Joint Stipulation For Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, being fully advised in the premises, finds that the above captioned action, including all counterclaims, should be dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action, including all counterclaims, is dismissed without prejudice, with each party to bear its own costs, complete record waived.

Dated this 9th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge