IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAM AMENTA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROMEO'S PIZZA, INC.,<br><br>　　　　　　　Defendant. | **8:11CV227**<br><br>**JUDGMENT OF DISMISSAL** |

　　　This matter is before the court on the parties' stipulation for dismissal with prejudice, Filing No. 45.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

　　　IT IS HEREBY ORDERED that this action, including all claims and counterclaims that were or could have been asserted by or against either party, are dismissed with prejudice, each party to pay its own court costs, litigation expenses and attorneys' fees.

　　　Dated this 22nd day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　United States District Judge